UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **APEX OIL COMPANY** | **CIVIL DOCKET NO. 6:22-CV-0473** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STARR INDEMNITY & LIABILITY COMPANY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### ORDER

Considering the JOINT MOTION TO DISMISS WITH PREJUDICE [Doc. 19], filed by Plaintiff, Apex Oil Company, and Defendant, Starr Indemnity & Liability Company,

IT IS HEREBY ORDERED that this lawsuit and all claims asserted by Plaintiff, Apex Oil Company, are DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

THUS, DONE AND SIGNED in Chambers on this 18th day of August 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE